**No. 43156.**—Protest 954888–G/87964 of W. A. Taylor & Co., Inc. (Chicago).

Opinion by Evans, J.   On the record presented the protest was overruled.

BEFORE THE SECOND DIVISION, JANUARY 31, 1940

**No. 43157.**—Protests 963969–G, etc., of Abouchar & Co. et al. (New York).

Opinion by Kincheloe, J.   On the authority of *Lamborn v. United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43158.**—Protests 952197–G, etc., of Charles & Co., et al. (New York).

Opinion by Kincheloe, J.   On the authority of *Lamborn v. United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43159.**—Protests 952190–G, etc., of R. H. Macy & Co., Inc., at al. (New York).

Opinion by Kincheloe, J.   On the authority of *Lamborn v. United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43160.**—Protests 644352–G, etc., of Gerstanzang Werner Co., Inc. (New York).

Opinion by Dallinger, J.   On the agreed facts it was held that the tax applicable to the hot plates in question for the copper content is three-fourths of 1 cent per pound or 3 percent ad valorem, whichever is the lower, under section 601 (c) (7), Revenue Act of 1932.

**No. 43161.**—Protest 988256–G of L. Oppleman, Inc. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel thermometer cases, cups, dippers, and pails consisting of hollow vessels for holding articles, of the same kind as those the subject of Abstracts 42789 and 29490, were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43162.**—Protests 999377–G, etc., of L. Greenberg & Son et al. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of Abstracts 41633 and 38680 the pencil sharpeners and needle threaders in question were held dutiable at 40 percent under paragraph 339 as claimed.